**Douglas M. Lehrman (99865)**
Law Offices of Douglas M. Lehrman
2020 Hurley Way Suite 105
Sacramento, California 95816
Telephone: (916) 442-5900
Email: intake@lehrman.law

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| Sanaz Zarghami -KHOSRAVI , Plaintiff,<br>v.<br>MARKWAYNE MULLIN, Secretary of the Dept. of Homeland Security; JOSEPH EDL0W; Senior official Performing the Duties of the Director, U.S. Citizenship an Immigration Services; TED H. KIM, Associate Director, Asylum and International Operations Directorate, U.S. Citizenship and Immigration Services; and DANIELLE LEHMAN, Director, San Francisco Asylum Office, U. S. Citizenship and Immigration Services<br><br>Defendants<br><br>Defendant/Respondent. | Case No.: 5:25-CV-04121 SVK |

1. **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF COMPLAINT FOR INJUNCTIVE AND MANDAMUS RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

Order dismissing this action.

This Motion is based upon this Motion, the accompanying Memorandum of Points and files in this action, and such further matters as may be presented to the Court.

Plaintiff requests that the dismissal be WITHOUT PREJUDICE

Plaintiffs Dismissal of Complaint for Injunctive and Mandamus Relief

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

Plaintiff respectfully requests dismissal pursuant to Rule 41(a)(2). Continued litigation is no longer necessary, and dismissal will conserve judicial resources without causing legal prejudice to Defendant.

**II. LEGAL STANDARD**

Federal Rule of Civil Procedure 41(a)(2) permits dismissal by court order on terms the Court considers proper after an answer or motion for summary judgment has been served. Voluntary dismissal should generally be granted absent plain legal prejudice to the opposing party.

III. ARGUMENT

Good cause exists for dismissal because: Defendant(s) Agency have completed the adjudication of Plaintiff's application for Political Asylum. The delay in adjudication of Plaintiff's application filed with the San Francisco Asylum Office on March 13, 2016 was the subject matter of Petition herein

Plantiff's Notice Dismissing Injunction and Mandamus

Case No. 5:25-cv-04121-SVK

Defendants will not suffer legal prejudice, and dismissal will promote judicial economy

## IV. CONCLUSION

Plaintiff respectfully requests that the Court dismiss this action without prejudice and grant such further relief as the Court deems appropriate.

Dated: July 27, 2026
Respectfully submitted,

LAW OFFICES OF DOUGLAS M. LEHRMAN

By: *ss/ Douglas M. Lehrman*
Douglas M. Lehrman
Attorney for Plaintiff

Motion for Dismissal

Case No. 5:25-CV-04121 SVK

~~(PROPOSED)~~**ORDER**

The Court, having considered Plaintiff's Motion for Voluntary Dismissal and finding good cause shown, **ORDERS**:

1. Plaintiff's Motion is **GRANTED**.
2. This action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1) ~~(or with prejudice, if applicable)~~.
3. Each party shall bear its own attorneys' fees and costs unless otherwise ordered.

IT IS **SO ORDERED**.

Dated: July 29, 2026

Susan van Keulen
United States Magistrate Judge